62 So.2d 927

**Cleo WHATLEY v. STATE.**
**7 Div. 217.**

Court of Appeals of Alabama.
Jan. 27, 1953.

Si Garrett, Atty. Gen. and Robt. Straub, Asst. Atty. Gen., for the State.

PRICE, Judge.
Affirmed.

52 So.2d 892

**Oliver WILKINS v. STATE.**
**4 Div. 172.**

Court of Appeals of Alabama.
April 3, 1951.

CARR, Presiding Judge.
Affirmed.

55 So.2d 926

**Wayne WINDHAM v. STATE.**
**4 Div. 179.**

Court of Appeals of Alabama.
Nov. 27, 1951.

J. Hubert Farmer, Dothan, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.
Affirmed. Affirmed; remanded for proper sentence.